No. 383. Ex parte Juan Zacarías Rodríguez.—
No. 111. Ex parte Fernando Vázquez.—

Petitions for the approval of notarial surety bonds executed by the National Surety Company on March 14 and 19, 1913. Bonds approved March 28, 1913. The petitioners appeared *pro se.*

---

No. 961. Vilella et al. *v.* Vilella et al.—
No. 968. Vilella et al. *v.* Vilella et al.—

Appeals from the District Court of Aguadilla. Notices of appeal to the Supreme Court of the United States. Decided April 1, 1913. Appeals denied based on section 244 of the Judicial Code of the United States of March 3, 1911, and the case of *Wenar* v. *Jones, Bishop of Porto Rico,* 217 U. S., 593. *Mr. Rafael López Landrón* for appellants. *Mr. Carlos Franco Soto* for respondents.